E. F. BAKER v. THE STATE.

No. 7120. Decided October 18, 1922.

Swindling—Statement of Facts—Practice on Appeal.

Where the statement of facts was not approved by the attorneys or the trial judge, the same will be stricken from the record, and the judgment affirmed.

Appeal from the District Court of Eastland. Tried below before the Honorable E. A. Hill.

Appeal from a conviction of swindling; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey*, Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Upon conviction for swindling, appellant's punishment was assessed at confinement in the penitentiary for two years.

We find in the record what purports to be a statement of facts, but the same is neither agreed to by the attorneys or authenticated by the approval of the trial judge. The motion of our Assistant Attorney General to strike same from the record must be sustained. Branch's, Ann. P. C., page 304, Sec. 596.

The questions raised by bills of exception cannot be considered in

the absence of the statement of facts as they all turn upon the evidence before the court.

The judgment must be affirmed.

*Affirmed.*